IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REPUBLIC FINANCE, LLC,                                              PLAINTIFFS
AMERICAN HERITAGE LIFE
INSURANCE COMPANY; and FIRST
COLONIAL LIFE INSURANCE COMPANY

VS.                                         CIVIL ACTION NO. 4:04cv126 TSL-JCS

SHERRY RODGERS, JENNIFER LARD
and OZELL MALLARD                                                  DEFENDANTS

## **ORDER**

UPON joint stipulation of the parties,

IT IS HEREBY ORDERED AND ADJUDGED that this case is closed with each party to bear her, his or its own costs.

SO ORDERED AND ADJUDGED this the 14th day of August, 2006.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE